IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NADINE CLYMER** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : : | **NO. 17-5530** |
| **JETRO CASH AND CARRY ENTERPRISES, INC.,** *et al.* *Defendants* | : : : | |

## ORDER

**AND NOW**, this 14th day of August 2018, upon consideration of Defendants' *motion to compel arbitration and stay proceedings*, [ECF 7], Plaintiff's opposition thereto, [ECF 8], Defendants' reply, [ECF 11], Defendants' supplemental memorandum, [ECF 21], Plaintiff's supplemental brief, [ECF 22], and the allegations contained in Plaintiff's amended complaint, [ECF 18], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that the motion is **GRANTED**, and this action is **STAYED** pending the completion of the arbitration proceedings.

The Clerk of Court is directed to place this matter in civil suspense.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*